FILED
JAN 2 0 2000
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| BIG TEX TRAILER MANUFACTURING, INC. | § § § | |
| v. | § | NO. MO-99-CA-086-F |
| TRAILERS USA, INC. | § § § | |

## FINAL ORDER OF DISMISSAL WITHOUT PREJUDICE

Before the Court is Plaintiff's Motion to Dismiss. After considering the Motion, the Court is of the opinion that it should be granted.

It is therefore ORDERED that Plaintiff's Motion to Dismiss is GRANTED.

It is further ORDERED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.

The parties shall bear their own costs.

SIGNED this 19th day of January, 2000.

ROYAL FURGESON
UNITED STATES DISTRICT JUDGE

